UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 71.142.247.102,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-1362 TWR (BLM)<br><br>**ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL OF RECORD**<br><br>(ECF Nos. 19, 20) |

Presently before the Court are two identical Motions to Withdraw as Counsel of Record filed by Veronica M. Aguilar, attorney for Defendant John Doe. (ECF Nos. 19, 20.) Defendant will continue to be represented by his newly appearing counsel Steve Vondran. (*See* ECF No. 29.) Good cause appearing, the Court **GRANTS** the Motions to Withdraw. The Clerk of Court **SHALL UPDATE** the docket to reflect counsel's withdrawal.

**IT IS SO ORDERED.**

Dated: April 12, 2023

_____
Honorable Todd W. Robinson
United States District Judge