UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                                    Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 71.142.247.102,<br><br>                                    Defendant. | Case No.: 22-CV-1362 TWR (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 31) |

Presently before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice. (*See* ECF No. 31.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 7.2, the Court **GRANTS** the Joint Motion to Dismiss. As requested by the Parties, Plaintiff Strike 3 Holdings, LLC's claims are dismissed in their entirety **WITH PREJUDICE**. Each Party shall bear its own costs and fees. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated: April 17, 2023

Honorable Todd W. Robinson
United States District Judge